FILED
12/28/2020
Court of Appeals
Division I
State of Washington

IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

| | | |
|---|---|---|
| In the Matter of the Detention of | ) | No. 81117-7-I |
| | ) | |
| C.S. | ) | UNPUBLISHED OPINION |
| | ) | |
| | ) | |

PER CURIAM — C.S. appeals a 14-day involuntary commitment order. C.S. contends, and the State concedes, that the order must be vacated because the petition did not contain a statement of facts supporting the basis for commitment, nor did it contain advisements regarding voluntary treatment or firearm rights, as required by RCW 71.05.230.  We accept the State's concession, and reverse and remand for the trial court to vacate the commitment order.

Reversed and remanded.

FOR THE COURT:

_Brennan, J_

_Hazelrigg, J_

_Appelwick, J._